AO 91 (Rev 8/01)   Criminal Complaint

United States District Court
Southern District of Texas
FILED

MAR 28 2019

David J. Bradley, Clerk

# United States District Court

SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Armando Sosa-Moreno

**CRIMINAL COMPLAINT**

Case Number: M-19-0704-M

IAE   YOB: 1974
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 26, 2019** in **Starr** County, in the **Southern** District of **Texas**

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Armando Sosa-Moreno was encountered by Border Patrol Agents near Roma, Texas on March 26, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on March 26, 2019, near Roma, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on January 2, 2019 through Laredo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On June 6, 2017 the defendant was convicted of 8 USC 1326, Illegal Re-entry and was sentenced to time served and one (1) year supervised release term.

Continued on the attached sheet and made a part of this complaint:   [ ] Yes   [X] No

approved by
/s/

Sworn to before me and subscribed in my presence,

March 28, 2019                8:25 am

Signature of Complainant
Lozando Bogle            Senior Patrol Agent

Peter E. Ormsby, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer